UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K.K., a minor, by her Mother and N/F
ALBANY KING,

      Plaintiff,                   Judge Stephanie Dawkins Davis
                                    Magistrate Judge Anthony P. Patti
v                                      No. 19-12677

MACOMB ISD, MICHAEL DEVAULT,
JANE DOE ONE and JANE DOE TWO,

      Defendants.
_____/

| OMAR M. SHERIFF (P77632) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| SEVA LAW FIRM | KENNETH B. CHAPIE (P66148) |
| *Attorney for Plaintiff* | GIARMARCO, MULLINS & HORTON, P.C. |
| 1050 Wilshire Drive, Ste. 335 | *Attorneys for Defendants, Macomb ISD* |
| Troy, MI 48084 | *and DeVault* |
| (248) 385-5704 | 101 W. Big Beaver Road, 10th Floor |
| omar@sevafirm.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |

**ORDER APPROVING THE SETTLEMENT**

The parties having appeared for a settlement conference, the parties having agreed to settle all legal claims for a confidential amount, Plaintiff's mother having been questioned on the record regarding the settlement and agreeing that the settlement was in Plaintiff KK's best interest, the Court being quite familiar with the strengths and weaknesses of each party's respective positions and the merits of this

case through the settlement process and having reviewed the docket, including the Joint Motion to Approve Settlement and sealed supporting exhibit (ECF Nos. 32 & 33;

**IT IS HEREBY ORDERED** that the settlement of Plaintiff KK's claims brought in this lawsuit against Defendants, for a confidential amount of which the Court has been made aware, is found to be fair, reasonable, and in the best interest of KK and is approved.

**IT IS FURTHER ORDERED** that as to the distribution of the proceeds, this Court will await the decision of Judge Sandra Harrison in the Macomb County Probate Court as to the propriety of the proposed distribution before any dismissal Order is entered.

**IT IS FURTHER ORDERED** that Albany King's signature on the Settlement Agreement and Release (ECF No. 33, PageID.748) is approved and that she is authorized to sign any other documents necessary to effectuate the settlement

_____
Anthony P. Patti
United States Magistrate Judge

Dated: November 8, 2021